

**LAW OFFICE OF**
# GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

December 5, 2025

GRANTED. The initial pretrial conference is hereby adjourned to February 10, 2026. Same time, same dial-in information.

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

The Clerk of Court is directed to terminate the motion at Dkt. 8.

SO ORDERED.

RE:    **HUNTE v. JOHN DEVOYS LLC, et al.**
       **DOCKET NO. 1:25-cv-8089**

Arun Subramanian, U.S.D.J.
Date: December 5, 2025

Dear Judge Subramanian:

The undersigned represents Kai Hunte, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for December 15, 2025 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

To date, the defendants have not appeared on the docket or through counsel. However, on December 2, 2025, I have emailed Admin@ernieomalleys.com, an address listed on the defendant's website, to inform them of the upcoming conference and appearance details. I have not yet received a response to the email.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to do so, Plaintiff intends to move for default judgment.

Respectfully,
/s/ Gabriel A. Levy