

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

February 2, 2026

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    **HUNTE v. JOHN DEVOYS LLC, et al.**
       **DOCKET NO. 1:25-cv-8089**

Dear Judge Subramanian:

The undersigned represents Kai Hunte, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 45-day adjournment of the initial conference, currently scheduled for February 10, 2026 (Doc. 9).

This is the second request for an adjournment of the initial conference and is made jointly by the parties. Defense counsel, Michael Chong, Esq., recently informed me that he has been retained by the Defendants, but the parties have not yet had an opportunity to meet and confer or to prepare the required initial conference submissions. The requested adjournment will allow the parties to meaningfully confer and be prepared for a productive initial conference should the case not settle beforehand.

I thank the Court for its time and consideration on this matter.

GRANTED. The remote initial pretrial conference is hereby adjourned to **Friday, March 27, 2026**. Same time, same dial-in information. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

Respectfully,
/s/ Gabriel A. Levy

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 2, 2026